DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FREDRIC ENGH** and **MICHAELE ENGH,**
Appellants,

v.

**PALM BEACH REAL ESTATE OFFICE, LLC** d/b/a
**KELLER WILLIAMS PREFERRED PARTNERS** and/or
**KELLER WILLIAMS REALTY PREFERRED PARTNERS** and/or
**THE TRICOLI TEAM,**
Appellee.

No. 4D22-2567

[June 14, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502022CA002003XXXMB.

Nichole J. Segal of Burlington & Rockenbach, P.A., West Palm Beach, and David P. Vitale, Jr., of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach, for appellants.

Ari C. Shapiro, Daniel A. Garcia, and Christopher T. Beck of Gordon Rees Scully Mansukhani, Miami, for appellee.

PER CURIAM.

*Affirmed. See Dodge of Winter Park, Inc. v. Morley*, 756 So. 2d 1085, 1086 (Fla. 5th DCA 2000) ("[W]hen a group of simultaneously executed documents are signed in conjunction with a non-signed document, all the documents should be construed as a whole since documents executed as part of a single transaction and concerning the same subject matter must be viewed together.").

WARNER, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*